IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DORTON, | No. C-98-2003 MMC |
| Petitioner, | **ORDER DIRECTING PETITIONER TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
| v. | |
| KATHLEEN DICKINSON, | |
| Respondent / | |

On October 14, 2009, petitioner Jason Dorton electronically filed a "Motion to Reinstate Habeas Corpus Petition and Relate or Consolidate Cases," a memorandum and declaration in support of the motion, and a "Notice to Substitute Respondent." Petitioner has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

Petitioner is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents. Petitioner is hereby advised that if he fails in the future to comply with General

1 Order 45 and the Court's Standing Order to provide a chambers copy of each
2 electronically-filed document, the Court may impose sanctions, including, but not limited to,
3 striking from the record any electronically-filed document of which a chambers copy has not
4 been timely provided to the Court.
5 **IT IS SO ORDERED.**
6
7 Dated: October 23, 2009
8 MAXINE M. CHESNEY
United States District Judge