IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DORTON, | No. C-98-2003 MMC |
|     Petitioner, | **ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE TRAVERSE AND REPLY; DIRECTING PETITIONER TO SUBMIT CHAMBERS COPY OF DOCUMENTS** |
|   v. | |
| KATHLEEN DICKINSON, | |
|     Respondent                / | |

    Before the Court is petitioner's Application for Extension of Time to File Traverse and Reply Memorandum, filed May 7, 2010, by which petitioner seeks an extension of time, from May 7, 2010 to May 10, 2010, to file his traverse and reply memorandum. On May 10, 2010, while the application remained pending, petitioner filed his traverse and his reply memorandum.

    The Court having read and considered the application, which application respondent has not opposed, and good cause appearing for the requested relief, the application is hereby GRANTED, and the documents filed May 10, 2010 are deemed timely filed.

    Petitioner has failed, however to submit a chambers copy of his traverse and his reply memorandum and, consequently has violated General Order 45 and the Court's Standing Orders, which require a party to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper

copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.[1]

Petitioner is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents.  Petitioner is hereby advised that if he fails in the future to comply with General Order 45 and the Court's Standing Order to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated:  May 13, 2010

MAXINE M. CHESNEY
United States District Judge

---

[1] Additionally, petitioner failed to provide a chambers copy of his application for an extension of time.

2